IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW GRANT HANDLEY, | : |
| Petitioner/Plaintiff, | : |
| vs. | :     CA 20-0208-KD-MU |
| ALABAMA LAW ENFORCEMENT AGENCY, et al., | : |
| | : |
| Respondents/Defendants. | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated May 19, 2020 is **ADOPTED** as the opinion of this Court, and it is ORDERED that this action is DISMISSED without prejudice for failure to prosecute and failure to comply with this Court's Orders.

Petitioner was ordered to notify the Court of a change in address and warned that failure to do so would result in dismissal of this action without prejudice for failure to prosecute and to follow the Court's Order (doc. 2). However, Petitioner failed to provide the Court with a current address. The Report and Recommendation was mailed to Petitioner's last known address but was returned with the envelope labeled "Return to Sender" "Attempted – Not Known" "Unable to Forward" and stamped "return to sender not in custody" (doc. 4).

**DONE** this 17th day of June 2020.

                                             s/ Kristi K. DuBose
                                             **KRISTI K. DuBOSE**
                                             **CHIEF UNITED STATES DISTRICT JUDGE**